**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

Anthony L. Contey
147 Franklin St apt B
Bloomfield NJ 07003

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

Nicholas P. Contey (Brother)
73 M st. apt 3
Seaside NJ 08752

&

Anthony Contey (Father)
2603 Cypress Ln
East Brunswick NJ 08816

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

RECEIVED

JUL 19 2021

AT 8:30
WILLIAM T. WALSH      M
CLERK

**COMPLAINT**

Jury Trial:  ☐ Yes  ☒ No

(check one)

**I.    Parties in this complaint:**

A.    List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

| | | |
|---|---|---|
| Plaintiff | Name | Anthony L. Contey |
| | Street Address | 147 Franklin Sth apt B |
| | County, City | Essex County, Bloomfield |
| | State & Zip Code | New Jersey 07003 |
| | Telephone Number | 609-389-4824 |

609-389-4842

B.    List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1

Name _Nicholas P. Conte_ (Brother)

Street Address _73 N. St apt 3_

County, City _Ocean County, Seaside Park_

State & Zip Code _New Jersey 08752_

Defendant No. 2

Name _Anthony Conte_ (Father)

Street Address _2603 Cypress Lane_

County, City _Middlesex County, East Brunswick_

State & Zip Code _New Jersey 0886_

Defendant No. 3

Name _____

Street Address _____

County, City _____

State & Zip Code _____

Defendant No. 4

Name _____

Street Address _____

County, City _____

State & Zip Code _____

## II.    Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than \$75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A.    What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal Questions    ☐ Diversity of Citizenship

☒ U.S. Government Plaintiff    ☒ U.S. Government Defendant

B.    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _____

_____

_____

- 2 -

C.    If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _New Jersey_

Defendant(s) state(s) of citizenship _New Jersey_

## III.    Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    Where did the events giving rise to your claim(s) occur? _Belleville New Jersey 140 chestnut St._

B.    What date and approximate time did the events giving rise to your claim(s) occur? _~~Planet~~ LuAnn Confey died 2006_

C.    Facts: _Grandmother Ann died approximately 2003 and left the home at 140 chestnut St in ~~Bloomfield NJ 07109~~ Belleville NJ 07109 to my Mother LuAnn N. Confey who then passed in 2006, and left the home to me Anthony Confey and my brother Nicholas Confey. My Mother and Father divorced in 1992 and Father were to recieve anything. Everything was left to Nicholas, and I. Nicholas then sold the house for $310,000.⁰⁰. I were to get $155,000.⁰⁰ and he $155,000.⁰⁰. To this very day 12-19-2020 I have yet to ever recieve one nickel and both avoid me constantly. I was even homeless for years in the meantime middle, still with no money or assistance. Last residence of homeless was in St Lucy's shelter in Jersey City and then another shelter in Bayonne. I still struggle on disability with no money ever._

- 3 -

**IV.    Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. The injuries were extensive. I was homeless on the streets while disabled. Was hospitalized several times for suicidal tendencies.

It has been 15 years of extreme chronic psychological and physical pain while disabled and homeless for many many years. I even lost 50 pounds due to starvation, catching many illnesses homeless on streets and shelter, while constantly in quarrels getting all my very few belongings stolen. Even lived in storage Blue in Jersey City.

**V.    Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

I am seeking the $155,000.⁰⁰ rightfully owed to me, with Treble damages applied, again rightfully so, equaling $465,000.⁰⁰ with 15 years of interest applied to the initial $155,000.⁰⁰, equaling approximately another $50,000.⁰⁰ Totaling $515,000.⁰⁰

The total amount requested for monetary compensation is $515,000.⁰⁰

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this __17__ day of __December__ _____, 20__20__ .


Signature of Plaintiff _____

Mailing Address _147 Franklin St, apt B_
_Bloomfield NJ 07003_

Telephone Number _609 - 389 - 4824_

Fax Number *(if you have one)*

E-mail Address _Anthony Conley 58 @ gmail.com_


Note:    All plaintiffs named in the caption of the complaint must date and sign the complaint.


Signature of Plaintiff: _____